# THE MARKS LAW FIRM, P.C.

Application GRANTED in part and DENIED in part.  The initial conference scheduled for August 31, 2022, is adjourned to **September 28, 2022, at 4:20 P.M.**  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order required by the Order at Dkt. No. 5 is extended to **September 21, 2022, at 12:00 P.M.**  If Defendants have not appeared and responded to the Complaint by September 21, 2022, Plaintiff shall move for default judgment in accordance with the Court's Individual Rules.

Dated: August 19, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

RE: **Graciela Doncouse v. B&D Again, LLC d/b/a American Whiskey, et al.**
Index: 1:22-cv-05661-LGS

Dear Judge Schofield,

In accordance with Your Honor's Court Order dated July 13, 2022 [Dkt 5], Plaintiff respectfully requests a thirty (30) day adjournment of the **August 31, 2022,** Initial Conference to **September 30, 2022**, along with the joint letter and proposed case management plan, or to a date convenient for this Court.

On July 1, 2022, our office initiated this action by filing the Summons & Complaint [Dkt 1 & 2]. Thereafter, we discovered that Defendant, American Whiskey, had changed their name to "Chela" and then stopped service of the initial pleadings pending further due diligence. We held off on service until we confirmed if the pleadings needed to be amended to add the new party. We have confirmed that "Chela" is simply a new d/b/for the Defendant and in fact named the correct Defendants. On August 10, 2022, we received a call from a representative for the Defendant, American Whiskey's, informing us that they are investigating the matter and need time to conclude the investigation and retain counsel. Our office has since served the Defendants via secretary of state and have not heard back from the Defendants.

Therefore, we respectfully request to adjourn the **August 31, 2022** Initial Conference for thirty (30) days to **September 30, 2022,** to allow the Defendants time to receive service, retainer counsel and our office will continue to reach out to the Defendants. This is the first request of its kind.

We thank you and the Court for its time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com